861 A.2d 261

Mark KUTNYAK, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF CORRECTIONS, and Pennsylvania State
Police et al, Appellees.

Supreme Court of Pennsylvania.

Oct. 21, 2004.

## ORDER

PER CURIAM.

AND NOW, this 21st day of October, 2004, the order of the Commonwealth Court is AFFIRMED.